**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**YANYAN FENG**                              **CIVIL ACTION NO. 26-1536**

                                             **SECTION P**

**VS.**

                                             **JUDGE JAMES D. CAIN, JR.**

**LIZA BOWEN, ET AL.**                       **MAG. JUDGE KAYLA D.**
                                             **MCCLUSKY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered,

no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Yanyan

Feng's Petition be **DISMISSED WITHOUT PREJUDICE AS MOOT**.

THUS DONE AND SIGNED in chambers on this 31st day of July, 2026

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE